B1 (Official Form 1)(04/13)

| | | |
|---|---|---|
| | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Crumbs Bake Shop, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA 57th Street General Acquisition Corp.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1215274** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 West 40th Street**<br>**Suite 2100**<br>**New York, NY**<br>ZIP Code **10018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Crumbs Bake Shop, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **See attached list** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Crumbs Bake Shop, Inc.** |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  **/s/ Michael D. Sirota**
Signature of Attorney for Debtor(s)

**Michael D. Sirota MS-4088**
Printed Name of Attorney for Debtor(s)

**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
Firm Name

**Court Plaza North**
**25 Main Street**
**Hackensack, NJ 07601**
Address

**201-489-3000  Fax: 201-489-1536**
Telephone Number

**July 11, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ John D. Ireland**
Signature of Authorized Individual

**John D. Ireland**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**July 11, 2014**
Date

# LIST OF AFFILIATES

| COMPANY | CASE NO. |
|---|---|
| Crumbs Bake Shop, Inc. a/k/a 57th Street General Acquisition Corp. | 14- |
| Crumbs Holdings LLC d/b/a CRBS Holdings, and d/b/a Crumbs Bake Shop | 14- |
| Crumbs 42nd Street II, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Broad Street, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Broadway LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Federal Street, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Garment Center LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Grand Central LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Greenvale LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Greenwich, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Hoboken, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs II, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Larchmont, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Lexington LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Park Avenue LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Retail Bake Shops, LLC (f/k/a Crumbs Fulton Street, LLC) d/b/a CRBS and d/b/a Crumbs Bake Shop | 14 |
| Crumbs Stamford, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Third Avenue LLC d/b/a Crumbs Bake Shop | 14- |

| | |
|---|---|
| Crumbs Times Square LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Union Square LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Union Station LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs West Madison, LLC d/b/a Crumbs Bake Shop | 14- |
| Crumbs Woodbury LLC d/b/a Crumbs Bake Shop | 14- |

52486/0001-10115176v6

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
**District of New Jersey**

In re **Crumbs Bake Shop, Inc.** Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **IA Clarington Global Tactical Income Fund, RBC Dexia Investor Servs Attn: Carol Lee. Royal Bank Plaza 200 Bay St., South Tower-SL Level Ontario Canada M5J2J5** | **IA Clarington Global Tactical Income Fund, RBC Dexia Investor Servs Attn: Carol Lee. Royal Bank Plaza Ontario Canada M5J2J5** | **Senior Convertible Notes** | | 1,838,644.51 |
| **Kitchener Investment Corp. CIBC Wood Gundy, Cert. Sec. Dept. 161 Bay St. 10th Fl, Attn: Abid Patel Toronto, Ontario Canada M5J2S8** | **Kitchener Investment Corp. CIBC Wood Gundy, Cert. Sec. Dept. 161 Bay St. 10th Fl, Attn: Abid Patel Canada M5J2S8** | **Senior Convertible Notes** | | 1,502,979.17 |
| **Cannell Capital LLC (Tristan Partners) One Capital Place 3rd Floor; Attn:  J. Carlo Cannell GT Grand Cayman, KY1-1103, KY** | **Cannell Capital LLC (Tristan Partners) One Capital Place GT Grand Cayman, KY1-1103, KY** | **Senior Convertible Notes** | | 1,001,986.11 |
| **Front Street Canadian Hedge Fund NBCN Inc. in Trust for Front St. Capital, Attn:  Diane Gosse 130 King St. West, Ste 3000, Toronto, Ontario Canada M5X1J9** | **Front Street Canadian Hedge Fund NBCN Inc. in Trust for Front St. Capital, Attn:  Diane Gosse Ontario Canada M5X1J9** | **Senior Convertible Notes** | | 926,837.15 |

B4 (Official Form 4) (12/07) - Cont.

In re **Crumbs Bake Shop, Inc.** Case No. _____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Aston Hill Growth & Income Fund**<br>**155 Wellington Street West, 2nd Floor**<br>**Attn: Cage Carol Lee**<br>**Toronto, Ontario**<br>**Canada M5V3L3** | **Aston Hill Growth & Income Fund**<br>**155 Wellington Street West, 2nd Floor**<br>**Attn: Cage Carol Lee**<br>**Canada M5V3L3** | **Senior Convertible Notes** | | **651,290.97** |
| **Front Street Tactical Equity Class**<br>**NBCN Inc. In Trust for Front St.**<br>**Capital, Attn: Diane Gosse**<br>**130 King St. West, Ste 3000, Toronto,**<br>**Ontario Canada M5X1J9** | **Front Street Tactical Equity Class**<br>**NBCN Inc. In Trust for Front St.**<br>**Capital, Attn: Diane Gosse**<br>**Ontario Canada M5X1J9** | **Senior Convertible Notes** | | **631,251.25** |
| **Marcandy Investments Inc.**<br>**130 King Street West**<br>**Suite 2210**<br>**Toronto, ON M5X 1A9** | **Marcandy Investments Inc.**<br>**130 King Street West**<br>**Suite 2210** | **Senior Convertible Notes** | | **500,993.06** |
| **York Plains Investment Corp.**<br>**CIBC Wood Gundy, Cert. Sec. Dept.**<br>**161 Bay St. 10th Fl. Attn: Abid Patel**<br>**Toronto, Ontario**<br>**Canada M5J2S8** | **York Plains Investment Corp.**<br>**CIBC Wood Gundy, Cert. Sec. Dept.**<br>**161 Bay St. 10th Fl. Attn: Abid Patel**<br>**Canada M5J2S8** | **Senior Convertible Notes** | | **500,993.06** |
| **Cannell Capital LLC**<br>**(Tristan Offshore Fund)**<br>**One Capital Place, 3rd Floor**<br>**Attn: J. Carlo Cannell**<br>**GT Grand Cayman,**<br>**KY1-1103, KY** | **Cannell Capital LLC**<br>**(Tristan Offshore Fund)**<br>**One Capital Place, 3rd Floor**<br>**GT Grand Cayman, KY1-1103, KY** | **Senior Convertible Notes** | | **400,794.44** |
| **Aston Hill Capital Growth Fund**<br>**155 Wellington Street West, 2nd Floor**<br>**Attn: Cage Carol Lee**<br>**Toronto, Ontario**<br>**Canada M5V3L3** | **Aston Hill Capital Growth Fund**<br>**155 Wellington Street West, 2nd Floor**<br>**Attn: Cage Carol Lee**<br>**Canada M5V3L3** | **Senior Convertible Notes** | | **325,645.49** |

Case 14-24287-MBK    Doc 1    Filed 07/11/14    Entered 07/11/14 19:44:46    Desc Main
Document      Page 8 of 16

7/11/14 5:22PM

B4 (Official Form 4) (12/07) - Cont.

In re  **Crumbs Bake Shop, Inc.**                                Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Front Street Global Opportunities Class, NBCN Inc. In Trust for Front St. Capital, Attn: Diane Gosse 130 King St. West, Ste 3000, Toronto Ontario Canada M5X1J9** | **Front Street Global Opportunities Class, NBCN Inc. In Trust for Front St. Capital, Attn: Diane Gosse Ontario Canada M5X1J9** | **Senior Convertible Notes** | | 245,486.60 |
| **Delrina Consolidated LTD. 120 Adelaide Street West, Suite 1204 Attn: Dennis Bennie Toronto, ON M5H 1T1** | **Delrina Consolidated LTD. 120 Adelaide Street West, Suite 1204 Attn: Dennis Bennie** | **Senior Convertible Notes** | | 200,397.22 |
| **Rhoda Vyner, FBO GMP Securities LP, ITF 400-F8P0-F 145 King Street West, Suite 300 Toronto, Ontario Canada M5H1J8** | **Rhoda Vyner, FBO GMP Securities LP, ITF 400-F8P0-F 145 King Street West, Suite 300 Canada M5H1J8** | **Senior Convertible Notes** | | 200,397.22 |
| **Front Street Growth & Income Class NBCN Inc. In Trust for Front St. Capital, Attn: Diane Gosse 130 King St. West, Ste 3000, Toronto Ontario Canada M5X1J9** | **Front Street Growth & Income Class NBCN Inc. In Trust for Front St. Capital, Attn: Diane Gosse Ontario Canada M5X1J9** | **Senior Convertible Notes** | | 200,397.22 |
| **Redwood Income Strategies Class CIBC Mellon Global Securities Servs Attn: Jeffrin Mahendran 199 Bay St., Commerce Ct. W, Toronto Ontario Canada M5L1G9** | **Redwood Income Strategies Class CIBC Mellon Global Securities Servs Attn: Jeffrin Mahendran Ontario Canada M5L1G9** | **Senior Convertible Notes** | | 160,317.78 |
| **Aston Hill Opportunities Fund 155 Wellington Street West, 2nd Floor Attn: Cage Carol Lee Toronto, Ontario Canada M5V3L3** | **Aston Hill Opportunities Fund 155 Wellington Street West, 2nd Floor Attn: Cage Carol Lee Canada M5V3L3** | **Senior Convertible Notes** | | 30,059.58 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Crumbs Bake Shop, Inc.**  
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **The Retail Property Trust**<br>**P.O. Box 35467**<br>**Newark, NJ 07193** | **The Retail Property Trust**<br>**P.O. Box 35467**<br>**Newark, NJ 07193** | **Crumbs Bake Shop, Inc. is Guarantor of Roosevelt Field Lease Obligation** | **Contingent** | **27,287.62** |
| **Rockaway Center Associates**<br>**Newark Post Office**<br>**P.O. Box 35466**<br>**Newark, NJ 07193-5466** | **Rockaway Center Associates**<br>**Newark Post Office**<br>**P.O. Box 35466**<br>**Newark, NJ 07193-5466** | **Crumbs Bake Shop, Inc. is Guarantor of Rockaway Center Lease Obligation** | **Contingent** | **22,812.34** |
|  |  |  |  |  |
|  |  |  |  |  |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 11, 2014**

Signature **/s/ John D. Ireland**  
           **John D. Ireland**  
           **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re  **Crumbs Bake Shop, Inc.**                                                              Case No.
                                              Debtor(s)                                        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 11, 2014**                          **/s/ John D. Ireland**
                                                  **John D. Ireland**/**Chief Financial Officer**
                                                  Signer/Title

1899 L Street Tower LLC
1899 L Street, N.W.
Washington, DC 20036


2810 Broadway LLC
c/o Hoon Chang, Esq.
Larstrand Corp.
22 East 65th Street - 5th Floor
New York, NY 10065


Amerishop Suburban, L.P.
1954 Greenspring Drive
Suite 330
Lutherville Timonium, MD 21093


Aston Hill Capital Growth Fund
155 Wellington Street West, 2nd Floor
Attn:  Cage Carol Lee
Toronto, Ontario
Canada M5V3L3


Aston Hill Growth & Income Fund
155 Wellington Street West, 2nd Floor
Attn:  Cage Carol Lee
Toronto, Ontario
Canada M5V3L3


Aston Hill Opportunities Fund
155 Wellington Street West, 2nd Floor
Attn:  Cage Carol Lee
Toronto, Ontario
Canada M5V3L3


Cannell Capital LLC
(Tristan Offshore Fund)
One Capital Place, 3rd Floor
Attn:  J. Carlo Cannell
GT Grand Cayman, KY1-1103, KY


Cannell Capital LLC
(Tristan Partners)
 One Capital Place
3rd Floor; Attn:  J. Carlo Cannell
GT Grand Cayman, KY1-1103, KY

```
Coastal Foods Baking L.L.C.
14212 Interdrive West
Attn:  Bill Evans
Houston, TX 77032


Cream-O-Land Dairies, LLC
c/o Nicholas Z. Hegedus, Esq.
1001 Avenue of the Americas
12th Floor
New York, NY 10018


Crumbs Retail Bake Shops, LLC
110 West 40th Street
Suite 2100
New York, NY 10018


Delrina Consolidated LTD.
120 Adelaide Street West, Suite 1204
Attn:  Dennis Bennie
Toronto, ON M5H 1T1


Fischer Enterprises, L.L.C.
15209 Grayson Drive
Attn:  S. Scott Fischer
Edmond, OK 73013


Front Street Canadian Hedge Fund
NBCN Inc. in Trust for Front St.
Capital, Attn:  Diane Gosse
130 King St. West, Ste 3000, Toronto,
Ontario Canada M5X1J9


Front Street Global Opportunities
Class, NBCN Inc. In Trust for Front
St. Capital, Attn:  Diane Gosse
130 King St. West, Ste 3000, Toronto
Ontario Canada M5X1J9


Front Street Growth & Income Class
NBCN Inc. In Trust for Front St.
Capital, Attn:  Diane Gosse
130 King St. West, Ste 3000, Toronto
Ontario Canada M5X1J9
```

```
Front Street Tactical Equity Class
NBCN Inc. In Trust for Front St.
Capital, Attn:  Diane Gosse
130 King St. West, Ste 3000, Toronto,
Ontario Canada M5X1J9


IA Clarington Global Tactical Income
Fund, RBC Dexia Investor Servs
Attn: Carol Lee. Royal Bank Plaza
200 Bay St., South Tower-SL Level
Ontario Canada M5J2J5


John Ireland
24764 Pealiquor Road
Denton, MD 21629


Kitchener Investment Corp.
CIBC Wood Gundy, Cert. Sec. Dept.
161 Bay St. 10th Fl, Attn: Abid Patel
Toronto, Ontario
Canada M5J2S8


Marcandy Investments Inc.
130 King Street West
Suite 2210
Toronto, ON M5X 1A9


McAfee & Taft, P.C.
10th Floor, Two Leadership Square
211 N. Robinson
Attn:  Louis J. Price
Edmond, OK 73012


Michael J. Feteke, Esq.
Dilworth & Paxson, LLP
Liberty View, Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002


Olympic Funding, LLC
c/o United American Land
Attn:  Stephanie Goodman
430 W. Broadway
New York, NY 10012
```

Pelican Bay, Ltd.
Attn: Jim Hubbard
150 Douglas Ave.
Dunedin, FL 34698


Redwood Income Strategies Class
CIBC Mellon Global Securities Servs
Attn: Jeffrin Mahendran
199 Bay St., Commerce Ct. W, Toronto
Ontario Canada M5L1G9


Rhoda Vyner, FBO
GMP Securities LP, ITF 400-F8P0-F
145 King Street West, Suite 300
Toronto, Ontario
Canada M5H1J8


Rockaway Center Associates
Newark Post Office
P.O. Box 35466
Newark, NJ 07193-5466


Shaker and Associates, Inc.
c/o William B. Sullivan, Esq.
Sullivan Law Offices LLC
107 North Marion
Oak Park, IL 60301


Sharyn A. Tritto, Esq.
Penn Proefriedt Schwarzfeld & Schwartz
114 West 47th Street
New York, NY 10036


The Retail Property Trust
P.O. Box 35467
Newark, NJ 07193


Thomas J. McIntosh, Esq.
Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006


Uncle Harry's, Inc.
Attn: Gary Jalbert
1741 Corporate Parkway
Suite 200
Virginia Beach, VA 23454

```
White Coffee Company
Attn: Gregory White
18-35 Steinway Place
Astoria, NY 11105

York Plains Investment Corp.
CIBC Wood Gundy, Cert. Sec. Dept.
161 Bay St. 10th Fl. Attn:  Abid Patel
Toronto, Ontario
Canada M5J2S8
```

# United States Bankruptcy Court
**District of New Jersey**

In re  **Crumbs Bake Shop, Inc.**                                                                 Case No.
                                          Debtor(s)                                               Chapter     **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Crumbs Bake Shop, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 11, 2014** | **/s/ Michael D. Sirota** |
| Date | **Michael D. Sirota MS-4088** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Crumbs Bake Shop, Inc.** |
| | **Cole, Schotz, Meisel, Forman & Leonard, P.A.** |
| | **Court Plaza North** |
| | **25 Main Street** |
| | **Hackensack, NJ 07601** |
| | **201-489-3000 Fax:201-489-1536** |