| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Michael D. Sirota, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Proposed Attorneys for Crumbs Bake Shop, Inc.,<br>*et al.*, Debtors-in-Possession |
| In re:<br><br>CRUMBS BAKE SHOP, INC., *et al.*, [1]<br><br>                Debtors-in-Possession. |

Case No. 14 -

Judge:

Chapter 11

**Hearing Date and Time:**

July ___, 2014, at ___:___ __.m.

# ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. 1015(b)

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED**.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Crumbs Bake Shop, Inc. (5274); Crumbs Holdings LLC (8045); Crumbs 42nd Street II, LLC (5913); Crumbs Broad Street, LLC (5319); Crumbs Broadway LLC (2653); Crumbs Federal Street, LLC (9870); Crumbs Garment Center LLC (5142); Crumbs Grand Central LLC (5030); Crumbs Greenvale LLC (6562); Crumbs Greenwich, LLC (3097); Crumbs Hoboken, LLC (5808); Crumbs II, LLC (5633); Crumbs Larchmont, LLC (8460); Crumbs Lexington LLC (0286); Crumbs Park Avenue LLC (5273); Crumbs Retail Bake Shops, LLC (f/k/a Crumbs Fulton Street, LLC) (0930); Crumbs Stamford, LLC (8692); Crumbs Third Avenue LLC (6756); Crumbs Times Square LLC (1449); Crumbs Union Square LLC (8629); Crumbs Union Station LLC (6968); Crumbs West Madison, LLC (5017); Crumbs Woodbury LLC (2588).

(Page 2)
Debtors: CRUMBS BAKE SHOP, INC., *et al*.
Case No. 14-
Caption of Order: ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. 1015(b)

---

THIS MATTER having been opened to the Court by Crumbs Bake Shop, Inc., *et al*., the within debtors and debtors-in-possession (the "**Debtors**"), by and through their proposed counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., upon a motion (the "**Motion**") for an Order directing joint administration of the Debtors' Chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b); and good and sufficient notice of the hearing on the Motion having been provided in accordance with the Order Regarding Application for Expedited Consideration of First Day Matters previously entered by the Court, as evidenced by the Affidavit of Service filed with the Court; and the Court having considered the moving papers, the opposition thereto, if any, and the arguments of counsel; and good cause appearing for the entry of this Order,

IT IS ORDERED as follows:

1. The Debtors' Chapter 11 cases shall be jointly administered.

2. The caption of the Debtors' jointly administered cases shall read:

| | |
|---|---|
| In re:<br><br>CRUMBS BAKE SHOP, INC., *et al*.,<br><br>   Debtors-in-Possession. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE<br>CASE NO. 14-<br><br>    (Jointly Administered)<br><br>    Chapter 11 |

52486/0001-10125053v2

(Page 3)
Debtors:            CRUMBS BAKE SHOP, INC., *et al*.
Case No.            14-
Caption of Order:   ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS'
                    CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. 1015(b)

---

3. An entry on the docket for each of the Debtors' cases shall be made noting that the cases are being jointly administered and that parties should consult the docket for Case No. 14 - _____ for all matters relevant to the within jointly-administered cases.

4. A true copy of this Order shall be served on all parties-in-interest by regular mail within seven (7) days hereof.