Order Filed on
**7/14/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Michael D. Sirota, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Proposed attorneys for Crumbs Bake Shop, Inc., *et al.*,<br>Debtors-in-Possession |
| In re:<br><br>CRUMBS BAKE SHOP, INC., *et al.*,[1]<br><br>                    Debtors-in-Possession. |

Case No. 14- 24287

(Jointly Administered Pending)

Judge:

Chapter 11

**Hearing Date and Time:**
July 16          , 2014, at 2 : 00 p.m.

CORRECTED      **ORDER REGARDING APPLICATION FOR EXPEDITED
               <u>CONSIDERATION OF FIRST DAY MATTERS</u>**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

**DATED: 7/14/2014**

*Michael B. Kaplan* (signature)
Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Crumbs Bake Shop, Inc. (5274); Crumbs Holdings LLC (8045); Crumbs 42nd Street II, LLC (5913); Crumbs Broad Street, LLC (5319); Crumbs Broadway LLC (2653); Crumbs Federal Street, LLC (9870); Crumbs Garment Center LLC (5142); Crumbs Grand Central LLC (5030); Crumbs Greenvale LLC (6562); Crumbs Greenwich, LLC (3097); Crumbs Hoboken, LLC (5808); Crumbs II, LLC (5633); Crumbs Larchmont, LLC (8460); Crumbs Lexington LLC (0286); Crumbs Park Avenue LLC (5273); Crumbs Retail Bake Shops, LLC (f/k/a Crumbs Fulton Street, LLC) (0930); Crumbs Stamford, LLC (8692); Crumbs Third Avenue LLC (6756); Crumbs Times Square LLC (1449); Crumbs Union Square LLC (8629); Crumbs Union Station LLC (6968); Crumbs West Madison, LLC (5017); Crumbs Woodbury LLC (2588).

52486/0001-10126132v2

(Page 2)
Debtor:         CRUMBS BAKE SHOP, INC., *et al.*
Case No.        14- 24287
Caption of Order:   ORDER REGARDING APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS

---

The bankruptcy cases were filed on July 11, 2014.  An Application For Expedited Consideration of First Day Matters was filed thereafter.  After review of the initial pleadings filed in these cases that have been designated by counsel as requiring expedited consideration, and for good cause shown,

IT IS HEREBY ORDERED that the following motions are set down for hearing before the United States Bankruptcy Court for the District of New Jersey, ~~Martin Luther King Jr.~~ 402 East State Street, Trenton, ~~Federal Building, 50 Walnut Street, Newark~~, New Jersey ~~07102~~ 08608, Courtroom __8__, before the Honorable _Michael B. Kaplan_, United States Bankruptcy Judge, at the date and time as set forth below:

|  | **Hearing Date and Time** |
|---|---|
| APPLICATION FOR DESIGNATION AS COMPLEX CHAPTER 11 CASES | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND GRANTING OTHER RELATED RELIEF | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ORDER EXTENDING THE DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS PURSUANT TO FED. R. BANKR. P. 1007(c) | July 16, 2014 at 2:00 p.m. |

52486/0001-10126132v2

*Approved by Judge Michael Kaplan  July  14, 2014*

(Page 3)
Debtor: CRUMBS BAKE SHOP, INC., *et al.*
Case No. 14- 24287
Caption of Order: ORDER REGARDING APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

---

**Hearing Date and Time**

| Motion | Hearing Date and Time |
|---|---|
| MOTION FOR AN ORDER (A) AUTHORIZING THE DEBTORS TO CONTINUE USING THEIR EXISTING CASH MANAGEMENT SYSTEM; (B) AUTHORIZING THE DEBTORS TO CONTINUE USING THEIR BANK ACCOUNTS AND BUSINESS FORMS; AND (C) WAIVING THE DEBTORS' COMPLIANCE WITH INVESTMENT GUIDELINES UNDER 11 U.S.C. § 345(b) | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ORDER: (I) AUTHORIZING THE DEBTORS TO (A) SATISFY AND, TO THE EXTENT APPLICABLE, DIRECTING ANY PAYROLL BANKS TO HONOR, PRE-PETITION GROSS SALARIES, PAYROLL TAXES AND RELATED OBLIGATIONS TO OR FOR THE BENEFIT OF THE DEBTORS' EMPLOYEES, AND (B) HONOR, IN THEIR DISCRETION, PRE-PETITION SICK, VACATION, PERSONAL, AND SIMILAR THEMED DAYS; AND (II) GRANTING OTHER RELATED RELIEF | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ORDER: (A) GRANTING INTERIM RELIEF PURSUANT TO 11 U.S.C. § 366(b); (B) AUTHORIZING THE PAYMENT OF ADEQUATE ASSURANCE FOR POST-PETITION UTILITY SERVICES; (C) FIXING FINAL HEARING DATE TO DETERMINE ADEQUATE ASSURANCE; AND (D) GRANTING OTHER RELATED RELIEF | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ADMINISTRATIVE ORDER ESTABLISHING PROCEDURES FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO PROFESSIONAL | July 16, 2014 at 2:00 p.m. |

52486/0001-10126132v2

*Approved by Judge Michael Kaplan July 14, 2014*

(Page 4)
Debtor:            CRUMBS BAKE SHOP, INC., *et al.*
Case No.           14- 24287
Caption of Order:  ORDER REGARDING APPLICATION FOR EXPEDITED
                   CONSIDERATION OF FIRST DAY MATTERS

---

| | **Hearing Date and Time** |
|---|---|
| MOTION FOR AN ORDER APPROVING THE DEBTORS' RETENTION OF PRIME CLERK LLC AS CLAIMS AND NOTICING AGENT PURSUANT TO 28 U.S.C. § 156(c) | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN ORDER AUTHORIZING REJECTION OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES *NUNC PRO TUNC* TO THE FILING DATE | July 16, 2014 at 2:00 p.m. |
| MOTION FOR AN INTERIM AND FINAL ORDER: (I) AUTHORIZING THE DEBTORS TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c) AND 364(e); (II) AUTHORIZING USE OF CASH COLLATERAL; (III) SCHEDULING A FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001; AND (IV) GRANTING OTHER RELATED RELIEF | July 16, 2014 at 2:00 p.m. |

IT IS FURTHER ORDERED that service of the within Order shall be made in accordance with the Court's *General Order Adopting Guidelines Governing First Day Matters*; and

IT IS FURTHER ORDERED that objections and/or responses to First Day Matters, if any, shall be made ~~in accordance with the~~ Court's ~~*General Order Adopting Guidelines Governing First Day Matters.*~~ day of the hearing.

52486/0001-10126132v2

*Approved by Judge Michael Kaplan  July 14, 2014*