Order Filed on
**7/16/2014**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>Court Plaza North<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602-0800<br>Michael D. Sirota, Esq.<br>David M. Bass, Esq.<br>Felice R. Yudkin, Esq.<br>(201) 489-3000<br>(201) 489-1536 Facsimile<br>Proposed Attorneys for Crumbs Bake Shop, Inc., *et al.*,<br>Debtors-in-Possession | Case No. 14-24287<br><br>(Jointly Administered)<br><br>Judge: Michael B. Kaplan<br><br>Chapter 11 |
| In re:<br><br>CRUMBS BAKE SHOP, INC., *et al.*,[1]<br><br>    Debtors-in-Possession. | **Hearing Date and Time:**<br>July __24__, 2014 at __10__:__00__ __a__.m. |

**ORDER SHORTENING TIME FOR NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND TO ASSUME AND ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES; <u>AND (5) GRANTING OTHER RELATED RELIEF</u>**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.
)

_____

**DATED: 7/16/2014**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors:            CRUMBS BAKE SHOP, INC., *et al.*
Case Nos.           14-24287
Caption of Order:   ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
                    DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C.
                    § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006:
                    (1) APPROVING "STALKING HORSE" ASSET PURCHASE
                    AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE
                    DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES
                    AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3)
                    SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO
                    CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4)
                    AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL
                    THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
                    ENCUMBRANCES AND INTERESTS AND TO ASSUME AND
                    ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND
                    UNEXPIRED LEASES; AND (5) GRANTING OTHER RELATED
                    RELIEF

THIS MATTER having been opened to the Court by Crumbs Bake Shop, Inc., *et al.*, the

within debtors and debtors-in-possession (the "**Debtors**"), by and through their proposed

counsel, upon an Application (the "**Application**") for an Order Shortening Time for Notice of

Hearing on the Debtors' Motion (the "**Motion**") for an (I) Order Pursuant to 11 U.S.C. § 363 and

365 and Fed. R. Bankr. P. 2002, 6004 and 6006: (1) Approving "Stalking Horse" Asset Purchase

Agreement for the Sale of Substantially All the Debtors' Assets; (2) Approving Bidding

Procedures and Form, Manner and Sufficiency of Notice; (3) Scheduling (A) an Auction Sale,

and (B) a Hearing to Consider Approving the Highest and Best Offer; and (II) an Order (1)

Authorizing the Debtors to Sell Substantially All Their Assets Free and Clear of Liens, Claims,

Encumbrances and Interests and to Assume and Assign Certain Related Executory Contracts and

Unexpired Leases; and (2) Granting Other Related Relief (the relief requested in subpart (I) is

referred to as the "**Bidding Procedures Motion**" and the relief requested in subpart (II) is

*Approved by Judge Michael Kaplan  July  16, 2014*

(Page 3)

| | |
|---|---|
| Debtors: | CRUMBS BAKE SHOP, INC., *et al.* |
| Case Nos. | 14-24287 |
| Caption of Order: | ORDER SHORTENING TIME FOR NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006: (1) APPROVING "STALKING HORSE" ASSET PURCHASE AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3) SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4) AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS AND TO ASSUME AND ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (5) GRANTING OTHER RELATED RELIEF |

referred to as the "**Sale Motion**");[2] and the Court having considered the Application and determined that good cause exists for the entry of this Order;

IT IS ORDERED as follows:

1.      The time period required by Local Rule of Bankruptcy Procedure 9013-1(c) for notice of a hearing on the Bidding Procedures Motion be and hereby is reduced as set forth herein.

---

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Verified Application in support of the Motion.

52486/0001-10793176v1

*Approved by Judge Michael Kaplan  July  16, 2014*

(Page 4)
Debtors:                CRUMBS BAKE SHOP, INC., *et al.*
Case Nos.               14-24287
Caption of Order:       ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
                        DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C.
                        § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006:
                        (1) APPROVING "STALKING HORSE" ASSET PURCHASE
                        AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE
                        DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES
                        AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3)
                        SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO
                        CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4)
                        AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL
                        THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
                        ENCUMBRANCES AND INTERESTS AND TO ASSUME AND
                        ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND
                        UNEXPIRED LEASES; AND (5) GRANTING OTHER RELATED
                        RELIEF

New Jersey 07102. At the hearing on the Bidding Procedures Motion, this Court will schedule a

hearing on the Sale Motion.

2.      Within one (1) business day of the date hereof, true copies of this Order, the

supporting Application and all pleadings submitted in support of the Motion shall be served via

overnight or electronic mail, except to the extent any said parties receive electronic notification

of filings via the Court's CM/ECF System, upon the following parties: (i) the United States

Trustee, (ii) the holders of the twenty largest unsecured claims against the Debtors, (iii) any

entity known or reasonably believed to have asserted a security interest in or lien against any of

the Debtors' assets, (iv) counsel to the DIP lender, (v) all counterparties to the executory

contracts and unexpired leases, (vi) any entity that has expressed a *bona fide* interest in acquiring

the Assets, (vii) the Securities and Exchange Commission, (viii) the Internal Revenue Service,

(ix) the United States Department of Justice, and (x) all parties having filed requests for notices

in these chapter 11 cases.

*Approved by Judge Michael Kaplan  July  16, 2014*

(Page 5)
Debtors:              CRUMBS BAKE SHOP, INC., *et al.*
Case Nos.             14-24287
Caption of Order:     ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
                      DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C.
                      § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006:
                      (1) APPROVING "STALKING HORSE" ASSET PURCHASE
                      AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE
                      DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES
                      AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3)
                      SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO
                      CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4)
                      AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL
                      THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
                      ENCUMBRANCES AND INTERESTS AND TO ASSUME AND
                      ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND
                      UNEXPIRED LEASES; AND (5) GRANTING OTHER RELATED
                      RELIEF

3.      Such service shall constitute good and sufficient notice of the Bidding Procedures

Motion under applicable Federal and Local Rules of Bankruptcy Procedure.

4.      Any objections to the relief requested in the Bidding Procedures Motion shall: (i)

be in writing, (ii) state with particularity the basis of the objection; and (iii) be filed with the

Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice

before the Bankruptcy Court in accordance with D.N.J. LBR 5005-1 and the Appendix thereto,

*Administrative Procedures For Filing, Signing And Verifying Documents By Electronic Means*

(the "**Administrative Procedures**") (a copy of the aforementioned rule and the Administrative

Procedures can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court)

and, by all other parties-in-interest, and shall be served in accordance with the service

requirements of the Administrative Procedures, so as to be received by ~~July ____, 2014 at~~

~~___:___ ___.m.~~

52486/0001-10793176v1

*Approved by Judge Michael Kaplan  July  16, 2014*

(Page 6)

Debtors:             CRUMBS BAKE SHOP, INC., *et al.*

Case Nos.            14-24287

Caption of Order:    ORDER SHORTENING TIME FOR NOTICE OF HEARING ON
                     DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C.
                     § 363 AND 365 AND FED. R. BANKR. P. 2002, 6004 AND 6006:
                     (1) APPROVING "STALKING HORSE" ASSET PURCHASE
                     AGREEMENT FOR THE SALE OF SUBSTANTIALLY ALL THE
                     DEBTORS' ASSETS; (2) APPROVING BIDDING PROCEDURES
                     AND FORM, MANNER AND SUFFICIENCY OF NOTICE; (3)
                     SCHEDULING (A) AN AUCTION SALE, AND (B) A HEARING TO
                     CONSIDER APPROVING THE HIGHEST AND BEST OFFER; (4)
                     AUTHORIZING THE DEBTORS TO SELL SUBSTANTIALLY ALL
                     THEIR ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
                     ENCUMBRANCES AND INTERESTS AND TO ASSUME AND
                     ASSIGN CERTAIN RELATED EXECUTORY CONTRACTS AND
                     UNEXPIRED LEASES; AND (5) GRANTING OTHER RELATED
                     RELIEF

6.      Unless objections are timely filed, the Bidding Procedures Motion shall be

deemed uncontested in accordance with D.N.J. LBR 9013-1(a) and the relief requested may be

granted without a hearing.

7.      Court appearances will be required to prosecute the Bidding Procedures Motion

and any objections thereto.

52486/0001-10793176v1

*Approved by Judge Michael Kaplan  July  16, 2014*