UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE, REGION 3
Martha R. Hildebrandt, Esq. (MH 9031)
Donald F. MacMaster, Esq. (DM 0977)
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Crumbs Bake Shop, Inc., *et al.*,[1] | : | Case No. 14-24287 (MBK) |
|  | : | *Jointly Administered* |
|  | : |  |
| Debtors. | : |  |
|  | : | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case.

| **Simon Property Group, Inc.** | **Melita Corp.** | **Tristan Partners, L.P.** |
|---|---|---|
| 225 W. Washington Street | 828 East 144th Street | P.O. Box 3459 |
| Indianapolis, IN 46204 | Bronx, NY 10454 | 150 East Hanson Avenue |
| Tel.: 317-263-2346 | Tel.: 718-392-7280 | Jackson, WY 83001 |
| Fax: 317-263-7901 | Fax: 718-392-9674 | Tel.: 307-733-2284 |
| Attn: Ronald Tucker | Attn: Alan Carpanini | Fax: 317-623-1400 |
|  |  | Attn: Steven Wagstaff |

---

[1] The Debtors in these jointly administered cases are: Crumbs Bake Shop, Inc. (14-24287 (MBK), Crumbs Hoboken, LLC (14-24285 (MBK); Crumbs Holdings, LLC (14-24288 (MBK); Crumbs 42nd Street II, LLC (14-24289 (MBK); Crumbs Broad Street, LLC (14-24290 (MBK); Crumbs Broadway, LLC (14-24291 (MBK); Crumbs Federal Street, LLC  (14-24292 (MBK); Crumbs Garment Center, LLC (14-24293 (MBK); Crumbs Grand Central, LLC (14-24294 (MBK); Crumbs Greenvale, LLC (14-24295 (MBK);Crumbs Greenwich, LLC (14-24296 (MBK); Crumbs II, LLC (14-24297 (MBK); Crumbs Larchmont, LLC (14-24298 (MBK); Crumbs Lexington, LLC (14-24299 (MBK); Crumbs Park Avenue, LLC (14-24300 (MBK); Crumbs Retail Bake Shops, LLC 14-24301 (MBK); Crumbs Stamford, LLC 14-24303 (MBK); Crumbs Third Avenue, LLC 14-24305 (MBK); Crumbs Times Square, LLC 14-24306 (MBK); Crumbs Union Square, LLC 14-24307 (MBK);  Crumbs Union Station, LLC 14-24309 (MBK) Crumbs West Madison, LLC 14-24310 (MBK); Crumbs Woodbury, LLC 14-24311 (MBK)

**Page 2**
**Crumbs Bake Shop, Inc., et al.**
**Appointment Of Official Committee Of Unsecured Creditors**

Counsel for Committee

Sharon L. Levine, Esq.
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Tel.: (973) 597-2500
Fax.:(973) 597-2400

                ROBERTA A. DeANGELIS
                UNITED STATES TRUSTEE
                REGION 3

By:   */s/ Martha R. Hildebrandt*
       Martha R. Hildebrandt
       Assistant United States Trustee
       Donald F. MacMaster
       Trial Attorney

Date: July 23, 2014